711 A.2d 897

IN THE MATTER OF RUDOLPH A. PALOMBI, JR., AN ATTORNEY AT LAW.

June 26, 1998.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **RUDOLPH A. PALOMBI, JR.** of **TRENTON,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of three months by Order of this Court dated March 24, 1998, be restored to the practice of law, effective immediately.